## VAUGHN v. SHERWOOD.

A garnishee has right to testify upon a *scire facias* against him, whether the plaintiff require it or not.

SCIRE FACIAS calling upon him as agent, factor, etc. to account for the effects of          Codgreave in his hands, an absent absconding debtor.

The plaintiff not needing the aid of the defendant's oath, or fearing it would be against him, did not require it, and made a question, whether the defendant might be sworn and testify in the case, unless the plaintiff required it?

By the COURT. The law considers it as a matter of account, and either party hath right to the benefit of the garnishee's testimony. The garnishee was admitted and sworn.